In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-15-00434-CV

_____


IN THE MATTER OF J.L.M.

On Appeal from the 88th District Court
Hardin County, Texas
Trial Cause No. 1661

MEMORANDUM OPINION

On August 25, 2015, J.L.M. filed a notice of appeal from a judgment that the trial court signed on October 25, 2013. We notified the parties that the appeal would be dismissed because the notice of appeal was filed too late to perfect an appeal. *See* Tex. R. App. P. 26.1; *see also In re G.C.F.*, 42 S.W.3d 194, 196 (Tex. App.—Fort Worth 2001, no pet.) (a notice of appeal concerning matters arising out of a juvenile adjudication proceeding is due within thirty days of the signing of the original disposition order). The appellant filed a response in which he states that he

1

desires to pursue an appeal, but does not establish that the notice of appeal was timely filed.

The appellant failed to file a notice of appeal within the time for which we may grant an extension of time to perfect an appeal. *See* Tex. R. App. P. 26.3. We dismiss the appeal for lack of jurisdiction. *See* Tex. R. App. P. 42.3(a).

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on December 22, 2015
Opinion Delivered December 23, 2015

Before McKeithen, C.J., Kreger and Horton, JJ.